IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NATHANIEL SAILOR, JUANITA SAILOR, and KARISHA MURRAY, </br></br>Plaintiffs, </br></br>v. </br></br>WAFFLE HOUSE, INC., </br></br>Defendant. | ) ) ) ) ) ) CIVIL ACTION NO.: 4:07cv249-SPM/WCS </br>) NOTICE OF REMOVAL TO </br>) FEDERAL COURT </br>) ) ) ) |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Waffle House, Inc. ("Defendant" or "Waffle House") files this Notice of Removal to Federal Court. Defendant is removing the action filed against it by Nathaniel Sailor, Juanita Sailor, and Karisha Murray in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida (Case No. 07-000551CAA). The United States District Court for the Northern District of Florida has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 and 1343. Thus, removal is proper under 28 U.S.C. §§ 1441 and 1443. Attachment 1 to this Notice of Removal to Federal Court contains a copy of all process, pleadings and orders served upon Defendant Waffle House in this action. Attachment 2 to this Notice of Removal to Federal Court is a copy of the Notice to Adverse Parties of Filing of Notice of Removal to Federal Court. Attachment 3 to this Notice of Removal to Federal Court is a copy of Notice to State Court of Removal to Federal Court. As grounds for removal, Defendant shows the Court:

SCANNED/POSTED/RETURNED to P.

Date 6/1/07 By AA

1.

Plaintiffs allege that Waffle House, Inc. has been conducting business as a place of public accommodation in the State of Florida and, in particular, in Gadsden County Florida. See Plaintiffs' Complaint at ¶ 3, a copy of which is included in Attachment 1.

2.

Plaintiffs allege that they were denied service at a Waffle House restaurant on or around August 3, 2006. See Plaintiffs' Complaint at ¶¶ 4, 8.

3.

On or about May 1, 2007, Plaintiffs filed their Complaint in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida, asserting, among other things, that, "[t]his is an action against Defendant for disparate treatment and racism in the sale of goods ... and in the making and enforcing of contracts," and "Plaintiffs were denied service, and treated in a differential and less favorable manner than similarly-situated white customers, at least in part due to their race, African American." Plaintiffs' Complaint at ¶¶ 7-8. Waffle House denies Plaintiffs' allegations.

4.

Plaintiffs' Complaint asserts claims covered by and arising under the laws of the United States, specifically 42 U.S.C. § 1981 ("Section 1981"). See Plaintiffs' Complaint at ¶¶ 1, 3, 7, 9.

5.

Because Plaintiffs' State Court action asserts claims arising under a federal statute, the instant action is one over which this Court has original jurisdiction and one

that may be removed to this Court by the Petitioner pursuant to the provisions of 28 U.S.C. §§ 1331, 1343 and 1441(a).

6.

Venue is proper in this Court under 28 U.S.C. § 1441(a).

7.

This Notice is timely filed within thirty (30) days of the receipt of the Summons and Complaint by Petitioner, Waffle House, which occurred on May 17, 2007. See 28 U.S.C. § 1446(b).

8.

Notice to Adverse Parties of Filing of Notice of Removal to Federal Court is being provided to Plaintiffs herewith, as provided in 28 U.S.C. § 1446(d). See Attachment 2.

9.

Notice to State Court of Removal to Federal Court is being filed with the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida as provided by 28 U.S.C. § 1446(d). See Attachment 3.

WHEREFORE, Defendant respectfully requests that the above-styled action pending in the Circuit Court of the Second Judicial Circuit, in and for Gadsden County, Florida be removed to this Court.

Respectfully submitted this 30th day of May, 2007.

_____
M. STEPHEN TURNER, P.A.
Florida Bar No. 095691
Sturner@broadandcassel.com
MARTIN A. FITZPATRICK, P.A.
Florida Bar No. 0032107
Mfitzpatrick@broadandcassel.com
GINGER LYNNE BARRY
Florida Bar No. 0294550
gbarry@broadandcassel.com
BROAD AND CASSEL
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
Phone: (850) 681-6810
Facsimile: (850) 681-9792
Attorneys for Defendant

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| NATHANIEL SAILOR, JUANITA SAILOR, and KARISHA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>WAFFLE HOUSE, INC.,<br><br>Defendant. | CIVIL ACTION NO.: _____<br>**NOTICE OF REMOVAL TO FEDERAL COURT** |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above and foregoing **NOTICE OF REMOVAL TO FEDERAL COURT** on all parties by depositing the same in the United States mail, via first-class prepaid, and addressed as follows:

> Marie A. Mattox
> Marie A. Mattox, P.A.
> 310 East Bradford Road
> Tallahassee, FL 32303
> Tel: 850.383.4800
> Fax: 850.383.4801

This 31 day of May, 2007.

_____
Attorney for Defendant

1034-0010.13