IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL SAILOR, JUANITA
SAILOR, and KARISHA MURRAY,

    Plaintiffs,

vs.                                    CASE NO.: 4:07cv249-SPM/WCS

WAFFLE HOUSE, INC.,

    Defendant.

_____/

**ORDER GRANTING STAY AND**
**<u>DIRECTING PLAINTIFFS' COUNSEL TO FILE REPLY</u>**

    Upon consideration, the parties' Emergency Consent Motion to Stay Proceedings (doc. 21) is granted. Discovery in this case and all other deadlines reflected in the Court's August 31, 2007 Scheduling Order are stayed pending the resolution of the motion to withdraw. On or before November 12, 2007, Plaintiffs' counsel shall file a reply to Defendant's response in opposition (doc. 27).

    SO ORDERED this 23rd day of October, 2007.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge