IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL SAILOR, JUANITA
SAILOR, and KARISHA MURRAY,

    Plaintiffs,

vs.                        CASE NO.: 4:07cv249-SPM/WCS

WAFFLE HOUSE, INC.,

    Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

This cause comes before the Court on Defendant Waffle House, Inc.'s motion to dismiss and for sanctions (doc. 28).  Plaintiffs were given the opportunity to show cause why this case should not be dismissed with prejudice for submitting false responses to interrogatories.  Doc. 44.  Plaintiffs failed to respond.

Based on the undisputed record, the Court finds that Plaintiffs' discovery violations were willful and deliberate.  Dismissal with prejudice is a drastic sanction, but it is appropriate in this case because the violations were willful and deliberate.  See Camp v. Oliver, 798 F.2d 434, 438-39 (11th Cir. 1986).

Additional sanctions in the form of fees and costs are not warranted.

Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.   Defendant Waffle House, Inc.'s motion to dismiss (doc. 28) is granted.

2.   This case is dismissed with prejudice.

DONE AND ORDERED this 6th day of May, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO.: 4:07cv249-SPM/WCS